IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.   3:04cr59/LAC
      3:06cv16/LAC/MD

SANDOR RONALD BOZSAR,
            Defendant.

### REPORT AND RECOMMENDATION

This cause is before the court upon defendant's motion to dismiss § 2255 motion (doc. 100). Defendant indicates that in light of the fact that the government has filed a Rule 35 motion, he no longer wishes to pursue his § 2255 motion. Good cause having been shown, the defendant's motion to dismiss should be granted.

Accordingly, it is respectfully RECOMMENDED:

That defendant's motion to dismiss (doc. 100) be granted and his § 2255 motion (doc. 83) be dismissed.

At Pensacola, Florida, this 30th day of October, 2006.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).