IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                   3:04cr59/LAC
                                       3:06cv16/LAC/MD

SANDOR RONALD BOZSAR
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 27, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The defendant's motion to dismiss (doc. 100) and his § 2255 motion (doc. 83) are dismissed.

DONE AND ORDERED this 29th day of November, 2006.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**