**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
       Plaintiff,

vs                                          CASE NO: 3:04cr59-002

SANDOR RONALD BOZSAR,
       Defendant.

_____/

**ORDER REDUCING SENTENCE**

      Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

      Defendant's sentence of confinement is, therefore, reduced from Life to 180 months and his period of supervised release is reduced from 10 years to 5 years. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 22 November 2004 shall remain unchanged.

      **ORDERED** this 5th day of December, 2006.


                                          *s/L.A. Collier*
                                        LACEY A. COLLIER
                            Senior United States District Judge