**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                       CASE NO. 3:04cr59LAC

SANDOR BOZSAR

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    MARCH 18, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE    on 3/17/2008    Doc.# 106

RESPONSES:

                                                 on            Doc.#
                                                 on            Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              *s/Mary Maloy*
LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) Defendant was originally sentenced to a period of Life imprisonment as required by statute, which is still the mandatory sentence. Upon a substantial assistance motion filed by the government, the Court reduced the defendant's sentence to 180 months imprisonment, a sentence well below the mandatory life sentence. Based upon the facts and circumstances of this case, 180 months is still the appropriate sentence.*

                                              *s/L.A. Collier*
                                              **LACEY A. COLLIER**
Entered On Docket: _____ By: __ ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.